Case 05-70277    Doc 54    Filed 09/28/07    Entered 09/28/07 09:27:28    Desc Main
Document    Page 1 of 1

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  DAVID E. AVERY & EDLOTTA M. AVERY  
2204 CANDLEWICK DRIVE SE  SSN-xxx-xx-3631 & xxx-xx-7459  
POPLAR GROVE, IL  61065  

Case Number: 05-70277

Case filed on: 1/27/2005  
Plan Confirmed on: 3/18/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $19,700.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 201 | CITIMORTGAGE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | TRIAD FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID E. AVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 6,918.86 | 4,816.96 | 4,816.96 | 0.00 |
| 002 | TRIAD FINANCIAL | 4,800.00 | 4,800.00 | 4,507.17 | 490.51 |
| 003 | WFS FINANCIAL | 6,675.00 | 6,675.00 | 6,267.80 | 682.08 |
| 011 | MCCALLA RAYMER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 18,393.86 | 16,291.96 | 15,591.93 | 1,172.59 |
| 002 | TRIAD FINANCIAL | 5,080.57 | 3,759.62 | 0.00 | 0.00 |
| 003 | WFS FINANCIAL | 1,505.51 | 1,114.08 | 0.00 | 0.00 |
| 004 | CHECK N GO | 878.25 | 649.90 | 0.00 | 0.00 |
| 005 | CHECK INTO CASH INC | 324.00 | 239.76 | 0.00 | 0.00 |
| 006 | PROVIDIAN VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PROVIDIAN VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ADT SECURITY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,788.33 | 5,763.36 | 0.00 | 0.00 |
|  | Grand Total: | 27,882.19 | 23,755.32 | 17,291.93 | 1,172.59 |

Total Paid Claimant:       $18,464.52  
Trustee Allowance:         $1,235.48          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:         0.00          discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007              By  /s/Heather M. Fagan